AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>PETER DARNELL KING<br>*Defendant* | )<br>)  Case No.  3:22-mj-05176<br>)<br>)<br>)<br>) |

___ FILED  ___ LODGED
___ RECEIVED
Sep 8 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     PETER DARNELL KING                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of, with Intent to Distribute, Controlled Substances, in Violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C)

Date:    09/06/2022                                                    _Theresa L. Fricke_
                                                                                *Issuing officer's signature*

City and state:   Tacoma, Washington                        Theresa L. Fricke, United States Magistrate Judge
                                                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 09/06/2022 , and the person was arrested on *(date)* 09/07/2022
at *(city and state)*   Tacoma, WA

Date: 09/08/2022                                                    _signature_
                                                                                *Arresting officer's signature*

                                                                                Bryan Arnold, ATF Special Agent
                                                                                *Printed name and title*